```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

NORMA PHILLIPS                                          PLAINTIFF

V.                                              3:22-cv-223-TSL-RPM

JACKSON PUBLIC SCHOOL DISTRICT                          DEFENDANT

ORDER

This cause is before court <u>sua sponte</u>, upon the parties' announcement of settlement of all pending claims. Accordingly, the court desiring to remove this matter from its docket,

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice.

SO ORDERED this 2nd day of December, 2024.


　　　　　　　　　　　　　　　　/s/ Tom S. Lee_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE